UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61484-CIV-ALTANOGA/Simonton

SEMINOLE TRIBE OF FLORIDA,
a federally recognized Indian tribe

       Plaintiff,

vs.

FRANKLIN KEEL, Eastern Regional Director,
Bureau of Indian Affairs, United States
Department of the Interior, in his official
capacity.

       Defendant.
_____/

_____

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

_____

                             Donald A. Orlovsky, Esq.
                             Florida Bar No: 223816
                             dao4law@aol.com
                             Kamen & Orlovsky, P.A.
                             P.O. Box 19658
                             West Palm Beach, Florida 33416
                             Telephone: (561) 687-8500
                             Facsimile:  (561) 966-5932
                             Attorney for Seminole Tribe of Florida

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Seminole Tribe of Florida hereby certifies that the following is a list of persons and entities who may have an interest in the outcome of this case:

## INTERESTED PERSONS

1. Franklin Keel, Eastern Regional Director, Bureau of Indian Affairs
2. John Harrington, Associate Regional Solicitor, Department of the Interior
3. Daniel Steele, Esq., United States Department of Justice
4. Ken Salazar, Secretary of the Interior
5. United States Department of the Interior (Bureau of Indian Affairs or BIA)
6. Hollywood Mobile Estates, a Michigan Limited Partnership
7. Keith Neves, Superintendent, Seminole Agency, U.S. Department of the Interior, BIA
8. Spencer M. Partrich (General Partner, Hollywood Mobile Estates)
9. Daniel Atkins, Hollywood Mobile Estates, Ltd.
10. Mickey Shapiro, Hollywood Mobile Estates, Ltd.
11. Seminole Tribe of Florida
12. Donald A. Orlovsky, Esq.
13. Kamen & Orlovsky, P.A.
14. James Billie, Chairman, Seminole Tribal Council
15. Mitchell Cypress, former Chairman, Seminole Tribal Council
16. Richard Bowers, former Vice-Chairman, Seminole Tribal Council
17. Tony M. Sanchez, Jr. Vice-Chairman, Seminole Tribe of Florida, Tribal Council
18. Marcellus Osceola, Jr., Hollywood Reservation Representative, Seminole Tribal Council
19. Max B. Osceola, Jr., former Hollywood Reservation Representative, Seminole Tribal Council
20. Andrew J. Bowers, Jr., Brighton Reservation Representative, Seminole Tribal Council

21. David Cypress, former Council Member, Seminole Tribal Council
22. Manuel Mondo Tiger, Big Cypress Reservation Representative, Seminole Tribal Council
23. Jim Shore, Esq., General Counsel, Seminole Tribe of Florida
24. William R. Latchford, Chief of Police, Seminole Tribe of Florida
25. Fred Hopkins, former Director, Real Estate Services Department, Seminole Tribe of Florida
26. Joseph Martin, Director, Real Estate Services Department, Seminole Tribe of Florida
27. Priscilla Sayen, Secretary, Seminole Tribe of Florida

## **CORPORATE DISCLOSURE**

In this regard to "corporate disclosure," there are no publicly traded companies with an interest in the outcome of this matter.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

*/s/ Donald A. Orlovsky*
_____
DONALD A. ORLOVSKY

<u>SERVICE LIST</u>
Seminole Tribe v. Franklin Keel, et al.
Case No. 11-61484-cv-Altonaga/Simonton
United States District Court, Southern District of Florida

**Daniel G. Steele**
United States Department of Justice
Environmental and Natural Resources Division
Natural Resource Section
P.O. Box 663
Washington, D.C. 20044-0663
daniel.steele@usdoj.gov